UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. _____

A.T., a minor at the time of the subject incidents, and
JULIA BARNEY, A.T.'s parent and guardian.

    Plaintiff,

vs.

THE SCHOOL BOARD OF BREVARD COUNTY,
FLORIDA a/k/a BREVARD PUBLIC SCHOOLS and
TIMOTHY MICHAEL LISCUM in his individual
capacity and as agent of and for BREVARD
PUBLIC SCHOOLS,

    Defendants.
_____/

## DEFENDANT THE SCHOOL BOARD OF BREVARD COUNTY, FLORIDA'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(a) and Fed. R. Civ. P. 81(c), Defendant The School Board of Brevard County, Florida a/k/a Brevard Public Schools, by and through undersigned counsel, files this Notice of Removal, and as grounds therefore states:

1. Plaintiffs' Amended Complaint filed November 28, 2023, in the Eighteenth Judicial Circuit, in and for Brevard County, Florida (hereinafter

"Amended Complaint")[1], contains allegations of violation of Title IX under 20 U.S.C. §§ 1681 *et seq.* against Defendant The School Board of Brevard County, Florida. (*See* Amended Complaint, ¶¶ 100-115 (Count VII).)

2. Plaintiffs' Amended Complaint also contains allegations of breach of fiduciary duty against Defendant The School Board of Brevard County, Florida (*see* Amended Complaint ¶¶ 66-75 (Count III) and ¶¶ 126-135 (Count IX)); and allegations of negligence against Defendant The School Board of Brevard County, Florida.  (*See* Amended Complaint, ¶¶ 76-83 (Count III), ¶¶ 84-91 (Count IV), ¶¶ 92-99 (Count V), ¶¶ 136-142 (Count IX), ¶¶ 143-150 (Count X), and ¶¶ 143-150, 151-158 (Count XI).)

3. Original jurisdiction is conferred upon this Court by the fact that Plaintiff A.T.'s claims of Title IX violations against Defendant The School Board of Brevard County, Florida arise under the laws of the United States. *See* 20 U.S.C. §§ 1681 *et seq.*

4. Venue is appropriate in the Orlando Division based on the fact that all actions giving rise to this cause of action occurred in Brevard County, Florida.

---

[1] Defendant The School Board of Brevard County, Florida was never served with service of process of the original Complaint filed May 16, 2023, and was dismissed shortly thereafter.  (*See* Plaintiffs' Notice of Dismissal Without Prejudice of Defendant The School Board of Brevard County, Florida a/k/a Brevard Public Schools filed June 5, 2023.)

5. Copies of all pleadings filed in the State Court are attached hereto as Composite Exhibit A.

6. Co-Defendant Timothy Liscom does not consent to this Removal.

7. A copy of this Notice is being filed in the State Court in which the claim was originally brought.

WHEREFORE, Defendant The School Board of Brevard County, Florida, having complied with 28 U.S.C. § 1446(a) and Rule 81(c) of the Federal Rules of Civil Procedure, files this Notice of Removal.

## Certificate of Service

**I HEREBY CERTIFY** that on January 5, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gail C. Bradford
GAIL C. BRADFORD, ESQ.
Florida Bar No. 0295980
Dean, Ringers, Morgan and Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Tel: 407-422-4310
Fax: 407-648-0233
gbradford@drml-law.com
gcbservice@drml-law.com
Attorneys for Defendant The School Board of Brevard County, Florida

3